IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-94 GMS |
| | : | |
| MELVIN MUNCE | : | |

## RE-NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that the scheduling conference regarding the above-named defendant currently scheduled for Thursday, December 14, 2006**,** at 9:15 a.m. **HAS BEEN RESCHEDULED** to Thursday, December 28, 2996, at 10:00 a.m. before the Honorable Gregory M. Sleet, United States District Judge, in chambers, United States Courthouse, 844 N. King Street, Wilmington, DE.

December 11, 2006                                   /s/ Gregory M. Sleet
                                                                 UNITED STATES DISTRICT JUDGE