IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-94-GMS |
| | : | |
| MELVIN MUNCE, | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE

The Defendant, Melvin Munce, by and through his counsel, Eleni Kousoulis, Esquire, hereby moves the Court for an order continuing the scheduling conference in this case. In support of the motion, the defense submits as follows:

1. A scheduling conference in this matter is scheduled for January 22, 2007.

2. Defense counsel is currently scheduled to appear before the Third Circuit Court of Appeals for oral argument on another matter on January 22, 2007, and is therefore unavailable for the scheduling conference.

3. The defense respectfully requests that the scheduling conference in this case be continued. Defense counsel spoke with the Court's chambers and was informed that the Court has available Thursday, January 25, 2007 at 2:00 p.m. in which to hold the scheduling conference in this case.

4. Defense counsel was unable to reach AUSA Robert Kravetz, the attorney handling the case for the government, to find out the government's position on this continuance request.

**WHEREFORE**, for these reasons and any other such reasons that shall appear to the Court, the defense respectfully requests that the scheduling conference in this case be continued to January 25, 2007 at 2:00 p.m.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esq.
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
ecf_de@msn.com
Counsel for Defendant Melvin Munce

Dated:   January 12, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-94-GMS |
| | : | |
| MELVIN MUNCE | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

In response to Defense's Motion for Continuance of Scheduling Conference, this Court HEREBY ORDERS on this _____ day of _____, 2007, that Mr. Munce's scheduling conference be re-scheduled for the _____ day of _____, 2007 at _____ a.m./p.m.

_____
The Honorable Gregory M. Sleet
United States District Court