IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-94-GMS |
| | : | |
| MELVIN MUNCE, | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION FOR WAIVER OF SPEEDY TRIAL**

The Defendant, Melvin Munce, by and through his counsel, Eleni Kousoulis, Esquire, and the United States of America, by and through its attorney, Robert Kravetz, Assistant United States Attorney, hereby jointly move for waiver of speedy trial in this matter. In support of this joint motion, the parties submit the following:

1. The parties have reached a tentative plea agreement and a change of plea hearing is currently scheduled in this matter for February 8, 2007.

2. The parties jointly move to waive from the speedy trial calculation, the time period between January 22, 2007 and February 8, 2007. The parties assert that relief from the Speedy Trial Act is in the best interest of justice.

**WHEREFORE**, for these reasons and any other such reasons that shall appear to the Court, the parties respectfully request that the time period between January 22, 2007 and February 8, 2007 be excluded from the speedy trial calculation.

                                            Respectfully Submitted,

                                            /s/
                                            Eleni Kousoulis, Esq.
                                            Assistant Federal Public Defender
                                            704 King Street, Suite 110
                                            Wilmington, Delaware 19801
                                            302-573-6010
                                            ecf_de@msn.com
                                            Counsel for Defendant Melvin Munce

                                            /s/
                                            Robert Kravetz, Esq.
                                            Assistant United States Attorney
                                            1007 Orange Street
                                            Suite 700, P.O. Box 2046
                                            Wilmington, DE   19899-2046

Dated: January 16, 2007

**IT IS SO ORDERED** this _____ day of _____, 2007.

                                            _____
                                            The Honorable Gregory M. Sleet
                                            United States District Court