IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-94 GMS |
| | : | |
| MELVIN MUNCE | : | |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that the sentencing hearing regarding the above-named defendant is scheduled for **Tuesday, May 15, 2007, at 9:15 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, Courtroom 4A, United States Courthouse, 844 N. King Street, Wilmington, DE.

February 8, 2007                               /s/ Gregory M. Sleet
                                               UNITED STATES DISTRICT JUDGE