IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-94 (GMS) |
| | : | |
| MELVIN MUNCE | : | |

## RE-NOTICE OF SCHEDULING

IT IS HEREBY **ORDERED** that the sentencing hearing regarding the above-captioned defendant currently scheduled for Tuesday, May 15, 2007, at 9:15 a.m. **HAS BEEN RESCHEDULED** to **Friday, May 18, 2007, at 11:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, Courtroom 4A, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

Dated:  April 27, 2007