PROB 12
(Rev 02/94)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. 06-CR-94 GMS |
| | ) |
| Melvin Munce, | ) |
| | ) |
| Defendant. | ) |

**Petition on Probation and Supervised Release**

    COMES NOW Frank J. Kurzeknabe  Probation Officer of the Court presenting an official report upon the conduct and attitude of Melvin Munce , who was placed on supervision by the Honorable Gregory M. Sleet , sitting in the court at Wilmington, Delaware  on the 18th  day of May 2007 ,who fixed the period of supervision at 24 Months , and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Pay any financial penalty that is imposed by the judgment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**PRAYING THAT THE COURT WILL ORDER ...** The defendant shall submit to any substance abuse testing, which may include urinalysis, as directed by the U.S. Probation Officer. The defendant shall comply with any substance abuse evaluation, testing, counseling and treatment as directed by the U.S. Probation Officer. The defendant shall remain in the substance abuse program until discharged from that program by the U.S. Probation Officer. The defendant shall abstain from all alcohol use.

**ORDER OF COURT**

So ordered this  22nd
day
of  June   2007.

_____
U.S. District Judge

FILED
JUN 2 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I declare under penalty of perjury the foregoing is true and correct,

_____
U.S. Probation Officer

Executed on   June 19, 2007

Place   Wilmington, Delaware

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## District of Delaware

    I, Melvin Munce, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall submit to any substance abuse testing, which may include urinalysis, as directed by the U.S. Probation Officer. The defendant shall comply with any substance abuse evaluation, testing, counseling and treatment as directed by the U.S. Probation Officer. The defendant shall remain in the substance abuse program until discharged from that program by the U.S. Probation Officer. Defendant shall abstain from all alcohol use.

Witness: _____   Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

_____
DATE